AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15050
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: amanda.patanaphan@jacksonlewis.com

*Attorneys for Defendant*
*Tapestry (Nevada), Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH VOGT, an individual, | Case No.: 2:24-cv-02232-BNW |
| Plaintiff, | |
| vs. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE IN THIS CASE AND DESIGNATION OF LOCAL COUNSEL** |
| TAPESTRY (NEVADA) INC., | |
| Defendant. | |

STEPHEN E. HART, Petitioner, respectfully represents to the Court:

1. Petitioner is an attorney at law and a member of the law firm of: Jackson Lewis P.C., 717 Texas Venue, Suite 1700, Houston, Texas 77002, (713) 650-0405, Stephen.Hart@jacksonlewis.com.

2. Petitioner has been retained personally or as a member of the above-named law firm by Tapestry (Nevada) Inc. to provide legal representation in connection with the above-entitled matter now pending before the above referenced court.

3. That since November 3, 1995, Petitioner has been, and presently is, a member of good standing of the bar of the highest court of the State of Texas where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and/or courts of other states on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts:

| Court | Date Admitted | Bar Number |
|---|---|---|
| Texas State Bar | 11/03/1995 | 00793911 |
| 5th Circuit Court of Appeals | 06/04/2021 | N/A |
| USDC, Southern District of Texas | 01/19/1996 | 19382 |
| USDC, Western District of Texas | 11/27/2017 | 00793911 |
| USDC, Eastern District of Texas | 12/02/2003 | 00793911 |
| USDC, Northern District of Texas | 05/11/2004 | 00793911 |

5. That here are or have been no disciplinary proceedings instituted against petition, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary of disbarment proceedings, except as described in detail below: None.

6. That Petitioner has never been denied admission to the State Bar of Nevada, (Give particulars if ever denied admission): None.

7. That Petitioner is a member of good standing in the following Bar Associations: Houston Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule 1A 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matter: (state "none" if no applications):

| Date of Application | Cause | Title of Court Administrative body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | None | None | None |
| | | | |
| | | | |
| | | | |

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

JACKSON LEWIS P.C
LAS VEGAS

2

|    |    |
|----|----|
| 1  | 10.   Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court. |

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

                                                                                          /s/ Stephen E. Hart
                                                                                          Petitioner's signature

STATE OF TEXAS      )
                             )
COUNTY OF HARRIS  )

Stephen E. Hart, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

                                                                                         /s/ Stephen E. Hart
                                                                                         Petitioner's signature

Subscribed and sworn to before me this ____ day of March, 2025.

/s/ Pamela E. Barbossa
Notary Public or Clerk of Court

> PAMELA E. BARBOSSA
> My Notary ID# 1988727
> Expires November 6, 2026

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THE U.S. DISTRICT COURT, DISTRICT OF NEVADA, AND CONSENT THERETO**

Pursuant to the requirements of the Local Rules of Practice for U.S. District Court, District of Nevada, the Petitioner believes it to be in the best interests of the clients(s) to designate <u>Amanda Patanaphan</u>, Attorney at law, member of the State of Nevada and previously admitted to practice before the U.S. District Court, District of Nevada, as associate resident counsel in this action. The address and email address of said designated Nevada counsel is: <u>300 S. Fourth Street, Suite 900, Las Vegas, Nevada 89101,</u> <u>amanda.patanaphan@jacksonlewis.com</u>. By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulation binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned parry(ies) appoint(s) <u>Amanda Patanaphan</u> as its Designated Resident Nevada Counsel in this case.

*/s/ Amy F. Melican*
_____
Amy F. Melican
Vice President, Deputy General Counsel
Tapestry (Nevada), Inc.

**CONSENT OF DESIGNEE**

The undesigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Amanda Patanaphan*
_____
Amanda Patanaphan, Esq.

   15080    amanda.patanaphan@jacksonlewis.com
Bar Number                                         Email address

**Approved:**

Dated: this   24   day of    March   , 2025.

_____
UNITED STATES DISTRICT JUDGE

# STATE BAR OF TEXAS



*Office of the Chief Disciplinmy Counsel*

March 17, 2025

Re: Mr. Stephen Eric Hart, State Bar Number 00793911

To Whom It May Concern:

This is to certify that Mr. Stephen Eric Hart was licensed to practice law in Texas on November 03, 1995, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*Seana Willing*

Seana Willing
Chief Disciplinary Counsel
SW/jw



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Stephen Eric Hart**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of November, 1995.

I further certify that the records of this office show that, as of this date

**Stephen Eric Hart**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 17th day of March, 2025.

BLAKE HAWTHORNE, Clerk



Clerk, Supreme Court of Texas

No. 0860C.1

This certification expires thirty days from this date, unless sooner revoked or rendered Invalid by operation of rule or law.