1  Stephen E. Hart, Esq. (*pro hac vice* application pending)
   Texas Bar No. 793911
2  **JACKSON LEWIS P.C.**
   717 Texas Avenue, Suite 1700
3  Houston, Texas 77002
4  (713) 568-7866
   Email: stephen.hart@jacksonlewis.com
5
   Joshua A. Sliker, Esq.
6  Nevada Bar No. 12493
   Amanda Patanaphan, Esq.
7  Nevada Bar No. 15080
8  **JACKSON LEWIS P.C.**
   300 South Fourth Street, Suite 900
9  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
10 Email:  joshua.sliker@jacksonlewis.com
   Email: amanda.patanaphan@jacksonlewis.com
11
12 *Attorneys for Defendant*
   *Tapestry (Nevada), Inc.*
13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ELIZABETH VOGT, an individual, | Case No. 2:24-cv-02232-GMN-BNW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO SET ASIDE DEFAULT, DISMISS DEFENDANT'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT (ECF NO. 13) AS MOOT, AND EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S (ERRATA TO) COMPLAINT** |
| TAPESTRY (NEVADA) INC., a Foreign Corporation. | |
| Defendant. | |
| | **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Elizabeth Vogt, ("Plaintiff"), by and through her counsel, Hatfield & Associates, Ltd., and Defendant, Tapestry (Nevada), Inc., ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., that pursuant to FRCP 55(c), the Default in the above-captioned matter which was entered by the Clerk on February 27, 2025, will be set aside and Defendant's pending Motion to Set Aside Clerk's Entry of Default

will be dismissed as moot. It is further stipulated that Defendant shall have an extension up to and including April 4, 2025, in which to file its Answer to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Plaintiff filed her Complaint (ECF No. 1) on December 2, 2024, in the United States District Court, District of Nevada, Case No. 2:24-cv-02232-GMN-BNW. Plaintiff then filed an Errata to the Complaint (ECF No. 7) on December 4, 2024.

2. Pursuant to Affidavit of Service (ECF No. 11) filed on February 10, 2025, Plaintiff served Defendant with process on January 16, 2025, making a response due February 6, 2025.

3. Plaintiff's counsel filed the Affidavit of Service (ECF No. 11) on February 10, 2025, and filed the Motion for Entry of Clerk's Default (ECF No. 12) the same day. The Clerk submitted Entry of Default (ECF No. 13) on February 27, 2025.

4. Defendant's counsel recently received this case and were made aware of the Default. Upon being made aware, Defendant's counsel immediately filed a Motion to Set Aside Clerk's Entry of Default (ECF No. 14) on March 17, 2025. Defendant's counsel also reached out to Plaintiff's counsel on that same date to see if the parties could agree to set aside the default and secure an extension for a response.

5. Parties' counsel thereafter agreed to stipulate to set aside the default and extend the time to allow Defendant to file an Answer to Plaintiff's Complaint and Errata to Complaint.

6. Thus, the Parties hereby stipulate to set aside the Clerk's Entry of Default (ECF No. 13) entered on February 27, 2025. This is the first request to set aside the Default.

7. The Parties further stipulate to Dismiss Defendant's pending Motion to Set Aside Clerk's Entry of Default (ECF No. 14) as moot.

8. The Parties further stipulate to extend the deadline to April 4, 2025, for Defendant to file its Answer.

9. This is the first request for an extension of time for Defendant to file its response to Plaintiff's Complaint.

10. This Stipulation is made in good faith and not for the purpose of delay.

11. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 24th day of March, 2025.

HATFIELD & ASSOCIATES, LTD.

/s/ Trevor J. Hatfield
Trevor J. Hatfield, Esq. # 7373
703 South Eighth Street
Las Vegas, Nevada 89101

*Attorney for Plaintiff*
*Elizabeth Vogt*

JACKSON LEWIS P.C.

/s/ Amanda Patanaphan
Stephen E. Hart, Esq. (*pro hac* pending)
Texas Bar No. 793911
Joshua A. Sliker, Esq. #12493
Amanda Patanaphan, Esq. #15080
300 South Fourth Street, Suite 900
Las Vegas, Nevada 8910

*Attorneys for Defendant*
*Tapestry (Nevada), Inc.*

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 25, 2025