AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: amanda.patanaphan@jacksonlewis.com

STEPHEN E. HART, ESQ. (*pro hac vice*)
Texas Bar No. 793911
**JACKSON LEWIS P.C.**
717 Texas Avenue, Suite 1700
Houston, Texas 77002
(713) 568-7866
Email: stephen.hart@jacksonlewis.com

*Attorneys for Defendant*
*Tapestry (Nevada), Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH VOGT, an individual, | Case No. 2:24-cv-02232-GMN-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TAPESTRY (NEVADA) INC., a Foreign Corporation. | |
| Defendant. | |

Plaintiff Elizabeth Vogt ("Plaintiff"), through her counsel, Hatfield & Associates, Ltd., and Defendant Tapestry, Inc. ("Defendant"), through its counsel Jackson Lewis P.C., hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with

each party to bear its own attorneys' fees and costs.

Dated this 3rd day of September, 2025.

HATFIELD & ASSOCIATES, LTD.            JACKSON LEWIS P.C.


/s/Trevor J. Hatfield, Esq.            /s/    Amanda Patanaphan, Esq.
Trevor J. Hatfield, NBN 7373           Amanda Patanaphan, NBN 15080
703 South Eighth Street                300 S. Fourth Street, Suite 900
Las Vegas, NV 89101                    Las Vegas, Nevada 89101

*Attorney for Plaintiff*                Stephen E. Hart, Esq., TBN 793911
                                       (*Pro Hac Vice*)
                                       717 Texas Avenue, Suite 1700
                                       Houston, Texas 77002

                                       *Attorneys for Defendant*

## ORDER

IT IS SO ORDERED: the Clerk may now close this case.

Dated this  4  day of September, 2025.

_____
Gloria M. Navarro, District Judge

United States District Court